## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Corval Constructors, Inc., f/k/a NewMech Companies, Inc., | Civil No. 10-2079 (RHK/SRN) |
| Plaintiff, | **ORDER** |
| vs. | |
| InEnTec Chemical Midland LLC, f/k/a Midland Chemical Conversion, LLC, InEnTec LLC, | |
| Defendants. | |

___

Pursuant to the Notice of Dismissal (Doc. No. 16), **IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: August 4, 2010

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge